AGNES PARSONS et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

· Argued January 19, 1937; decided March 9, 1937.

*Charles J. Buchner, John M. Wilson* and *Benjamin J. Murphy* for appellants.

*Paul Windels, Corporation Counsel (Frederick vP. Bryan* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.